# EXHIBIT 2

# Application of U.S. Patent No. 9,696,847 to LG Electronics USA, Inc. ("Defendant") via its LG Smartphones with Pattern Lock Functionality ("Accused Products")*

\* This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as binding or limiting.  Plaintiff will serve infringement contentions in this case in accord with the Local Rules and scheduled entered by the Court.

| 13. A user interface method, comprising: | LG makes, uses, imports, sells and/or offers for sale Android smartphones that perform the methods claimed by U.S. Patent No. 9,696,847. For example, LG Android smartphones implement the method of claim 13 when configuring or implementing Pattern Lock. On information and belief, LG, or an agent of LG acting on its behalf, has, via its testing of the Accused Products, caused the Accused Products to practice the claimed user interface method. In addition, in the alternative to direct infringement, LG has induced end users of the Accused Products to cause the Accused Products to practice the claimed user interface method.  <br><br> **Pattern Lock** Unlocks the screen using a pattern you draw with your finger. <br><br> 1. From the **HOME SCREEN**, select **SETTINGS**. <br> 2. Select **DISPLAY**, then choose **LOCK SCREEN**. <br> 3. From the list of options, choose **PATTERN LOCK**. <br> 4. Pick your choice to **require pattern lock to turn on phone**. <br> 5. Draw a pattern, select **NEXT**. <br> 6. Confirm the pattern lock, make sure you remember your pattern. <br> 7. Pick your choice to select what notifications show on your lock screen.  <br><br> https://www.lg.com/us/support/product-help/CT10000025-1418337453560-lock-pattern-code |

2

defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol;

LG smartphones define an enablement protocol for a function of an electronic device when a user sets a pattern for pattern lock.



## PATTERN LOCK

**Pattern Lock** Unlocks the screen using a pattern you draw with your finger.

1. From the **HOME SCREEN**, select **SETTINGS**.

2. Select **DISPLAY**, then choose **LOCK SCREEN**.

3. From the list of options, choose **PATTERN LOCK**.

4. Pick your choice to **require pattern lock to turn on phone**.

5. Draw a pattern, select **NEXT**.

6. Confirm the pattern lock, make sure you remember your pattern.

7. Pick your choice to select what notifications show on your lock screen.



https://www.lg.com/us/support/product-help/CT10000025-1418337453560-lock-pattern-code

defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol;

The pattern is a user-defined gesture for touch input on the touch screen of an LG smartphone.

**Pattern Lock** Unlocks the screen using a pattern you draw with your finger.

1. From the **HOME SCREEN**, select **SETTINGS**.

2. Select **DISPLAY**, then choose **LOCK SCREEN**.

3. From the list of options, choose **PATTERN LOCK**.

4. Pick your choice to **require pattern lock to turn on phone**.

5. Draw a pattern, select **NEXT**.

6. Confirm the pattern lock, make sure you remember your pattern.

7. Pick your choice to select what notifications show on your lock screen.



https://www.lg.com/us/support/product-help/CT10000025-1418337453560-lock-pattern-code

**Evidence of Infringement**

| | |
| --- | --- |
| defining an enablement protocol for a function of an electronic device, said enablement protocol comprising a user-defined gesture for touch input on a touch-sensitive area of a display screen operatively associated with said electronic device by displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures and inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol; | LG smartphones define an enablement protocol by displaying a grid on which a user can draw a pattern (i.e., displaying at least two visual indicators on the touch-sensitive area of the display screen indicative of a plurality of different possible gestures) and interpreting a pattern drawn by the user (i.e., inputting the user-defined gesture which includes a continuous touch which terminates at one of the at least two visual indicators on the touch-sensitive area of the display screen for the enablement protocol).<br><br>**Pattern Lock** Unlocks the screen using a pattern you draw with your finger.<br><br>1. From the **HOME SCREEN**, select **SETTINGS**.<br>2. Select **DISPLAY**, then choose **LOCK SCREEN**.<br>3. From the list of options, choose **PATTERN LOCK**.<br>4. Pick your choice to **require pattern lock to turn on phone**.<br>5. Draw a pattern, select **NEXT**.<br>6. Confirm the pattern lock, make sure you remember your pattern.<br>7. Pick your choice to select what notifications show on your lock screen.<br><br><br><br>https://www.lg.com/us/support/product-help/CT10000025-1418337453560-lock-pattern-code |

| retaining said enablement protocol of said function; and | LG smartphones store the pattern (i.e., said enablement protocol of said function) for future use after a user draws the pattern (e.g., by selecting "NEXT"). |
|---|---|

**Pattern Lock** Unlocks the screen using a pattern you draw with your finger.

1. From the **HOME SCREEN**, select **SETTINGS**.

2. Select **DISPLAY**, then choose **LOCK SCREEN**.

3. From the list of options, choose **PATTERN LOCK**.

4. Pick your choice to **require pattern lock to turn on phone**.

5. Draw a pattern, select **NEXT**.

6. Confirm the pattern lock, make sure you remember your pattern.

7. Pick your choice to select what notifications show on your lock screen.



https://www.lg.com/us/support/product-help/CT10000025-1418337453560-lock-pattern-code

| displaying the at least two visual indicators on the touch-sensitive area of the display screen and receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at the one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function. | LG smartphones confirm a pattern by displaying a grid on which a user can draw a pattern (i.e., displaying the at least two visual indicators on the touch-sensitive area of the display screen ) and receiving from the touch screen display a pattern drawn by a user (i.e., receiving a gesture for touch input on the touch sensitive area of the display screen that substantially reproduces the user-defined gesture that includes the continuous touch which terminates at one of the at least two visual indicators corresponding to said retained enablement protocol to enable said function). |
| --- | --- |

**Pattern Lock** Unlocks the screen using a pattern you draw with your finger.

1. From the **HOME SCREEN**, select **SETTINGS**.

2. Select **DISPLAY**, then choose **LOCK SCREEN**.

3. From the list of options, choose **PATTERN LOCK**.

4. Pick your choice to **require pattern lock to turn on phone**.

5. Draw a pattern, select **NEXT**.

6. Confirm the pattern lock, make sure you remember your pattern.

7. Pick your choice to select what notifications show on your lock screen.



https://www.lg.com/us/support/product-help/CT10000025-1418337453560-lock-pattern-code

7