AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| TACTUS TECHNOLOGIES LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-01182-K |
| LG ELECTRONICS U.S.A., INC., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Tactus Technologies LLC    .

Date:  05/16/2019

/s/ joseph P. Oldaker
*Attorney's signature*

Joseph P. Oldaker,  IL Bar No. 6295319
*Printed name and bar number*

15020 S. Ravinia Ave., Suite 29
Orland Park, iL  60462
*Address*

joseph@nbafirm.com
*E-mail address*

(708) 675-1975
*Telephone number*

(708) 675-1786
*FAX number*