# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **TACTUS TECHNOLOGIES LLC,** Plaintiff, v. **LG ELECTRONICS U.S.A., INC.,** Defendant. | Case No. 3:19-cv-01182-K  PATENT CASE  JURY TRIAL DEMANDED |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Tactus Technologies LLC's Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

**IT IS ORDERED** that the Defendant, LG Electronics U.S.A., Inc. is hereby granted an extension of forty-five (45) days, until and including July 22, 2019, in which to answer or otherwise respond to the complaint filed in this action by Plaintiff Tactus Technologies LLC

On this _____ day of _____ 2019.            /s/_____
                                                                    Ed Kinkeade
                                                        United States District Judge

1