AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Tactus Technologies LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:19-cv-01182-K |
| | ) | |
| LG Electronics USA Inc | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** LG Electronics USA Inc
c/o Its Registered Agent- United States Corporation Company
251 Little Falls Drive, Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Timothy Grochocinski
15020 S Ravinia Ave
Suite 29
Orland Park, IL 60462

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 05/16/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01182-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LG Electronics USA Inc.</u> was received by me on *(date)* <u>May 17, 2019</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lynanne Gares, Litigation Management Services Leader</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>LG Electronics USA Inc.</u> on *(date)* <u>Fri, May 17 2019 at 1:00 p.m. at United States Corporation Company, 251 Little Falls Dr., Wilmington, DE 19808</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>70.70</u>.

I declare under penalty of perjury that this information is true.

Date: May 20, 2019

_____
*Server's signature*

McKenna Touey, Process Server
_____
*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810
_____
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Civil Cover Sheet; Certificate of Interested Persons; Complaint for Patent Infringement with Jury Trial Demanded; and Exhibit 1 and 2

Job # 3379475
Ref # 3:19-cv-01182-K

# Affidavit of Process Server

In The United States District Court for the Northern District of Texas
(NAME OF COURT)

| Tactus Technologies LLC | VS | LG Electronics USA Inc. | 3:19-cv-01182-K |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I McKenna Touey, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized to perform said service.

Service: I served **LG Electronics USA Inc.**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons in a Civil Action; Civil Cover Sheet; Certificate of Interested Persons; Complaint for Patent Infringement with Jury Trial Demanded; and Exhibit 1 and 2 (Received May 17, 2019 at 11:11am EDT)

by leaving with **Lynanne Gares, Litigation Management Services Leader**
NAME/RELATIONSHIP/TITLE

Service Address: United States Corporation Company, Registered Agent 251 Little Falls Drive, Wilmington, DE 19808

On **Fri, May 17 2019**      AT   **01:00 PM**
DATE                                                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY     STATE     ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☒ Corporate: By personally delivering copies to the person named above.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Moved, Left no Forwarding ☐ Service Cancelled by Litigant ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other _____

Description: Age **35** Sex **Female** Race **Caucasian** Height **5'6"** Weight **135** Hair **Brown** Beard ___ Glasses ___

Date: May 20, 2019

SIGNATURE OF PROCESS SERVER

Subscribed and sworn before me a Notary Public of the State of Delaware on May 20, 2019 (Date)

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the State of Delaware

KIMBERLY J. RYAN
MY COMMISSION EXPIRES APRIL 29, 2020
NOTARY PUBLIC STATE OF DELAWARE