IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES LLC,<br><br>                    Plaintiff,<br>v.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>                    Defendant. | Case No. 3:19-cv-01182-K<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Plaintiff Tactus Technologies LLC, ("Tactus"), by and through its counsel, and subject to the Order of the Court, hereby moves to extend the time within which Defendant LG Electronics U.S.A., Inc., ("LG" or "Defendant") may move, answer, or otherwise respond to the Complaint through and including August 22, 2019 so that the parties may continue settlement negotiations.

There has been one previous extension requested in this case.

A proposed Order is attached hereto for the convenience of the Court.

DATED: July 24, 2019    /s/*Brent Bumgardner*_____
Timothy E. Grochocinski (IL Bar No. 6295055)
tim@nbafirm.com
Joseph P. Oldaker (IL Bar No. 6295319)
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Ave., Suite 29
Orland Park, Illinois 60462
P. 708-675-1975

Brent Bumgardner (Texas Bar No. 00795272)
brent@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
3131 West 7thh Street, Suite 300
Fort Worth, Texas 76107
P.  817-377-9111

*COUNSEL FOR PLAINTIFF*
*TACTUS TECHNOLOGIES LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via CM-ECF on July 24, 2019 and on LG's outside counsel with their consent by sending it via email.

*/s/ Brent Bumgardner*

2