IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES LLC, <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., <br><br> Defendant. | Case No. 3:19-cv-01182-K <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Upon consideration of Plaintiff Tactus Technologies LLC's Unopposed Motion for Second Extension of Time to Answer or Otherwise Plead.

**IT IS ORDERED** that Defendant LG Electronics U.S.A., Inc., is hereby granted an extension of time up to and including August 22, 2019, in which to move, answer, or otherwise respond to the Complaint filed in this action by Plaintiff Tactus Technologies LLC.

On this ____ day of _____ 2019.          /s/_____
                                              Ed Kinkeade
                                              United States District Judge