IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TACTUS TECHNOLOGIES LLC, | Case No. 3:19-cv-01182-K |
| Plaintiff, | |
| v. | PATENT CASE |
| LG ELECTRONICS U.S.A., INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tactus Technologies LLC hereby dismisses WITH PREJUDICE all claims asserted by Tactus against Defendant LG Electronics U.S.A., Inc. ("LG") in this action.

LG has not served an answer or a motion for summary judgment in this matter.


DATED: December 10, 2019       /s/*Brent Bumgardner*_____
Brent Bumgardner (Texas Bar No. 00795272)
brent@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
P.  817-377-9111

Timothy E. Grochocinski (IL Bar No. 6295055)
tim@nbafirm.com
Joseph P. Oldaker (IL Bar No. 6295319)
joseph@nbafirm.com
NELSON BUMGARDNER ALBRITTON PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
P. 708-675-1975

*COUNSEL FOR PLAINTIFF
TACTUS TECHNOLOGIES LLC*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via CM-ECF on December 10, 2019 and on LG's outside counsel with their consent by sending it via email to hongsun.yoon@lge.com and because they have not yet formally appeared in this case.

                                             /s/ *Brent Bumgardner*