IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TACTUS TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**LG ELECTRONICS U.S.A., INC.,**<br><br>Defendant. | Case No. 3:19-cv-01182-K<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Voluntary Dismissal with Prejudice filed by Plaintiff Tactus Technologies LLC.

The Court hereby ORDERS, ADJUDGES, AND DECREES that all claims asserted by Tactus against Defendant LG Electronics U.S.A., Inc. ("LGE") in this action are hereby dismissed with prejudice.

On this ____ day of _____ 2019.          /s/_____
                                             Ed Kinkeade
                                             United States District Judge